Second Appellate Department, May, 1903. Reported. 83 App. Div. 635.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RALPH GRANT, Appellant.

*E. B. Barnum,* for appellant.

The appellant should have been acquitted on the mendacious testimony of the People's witnesses.   The child never entered the saloon and the pail of beer was delivered to her outside by a stranger who got it from the defendant.   The child was sent there by an officer who had previously threatened the defendant.

*Frederick B. Bailey* for respondent.

The evidence clearly shows that the defendant's bartender personally sold and delivered a pail of lager beer to a child who was sent for it.   This court will not reverse the judgment upon a question of fact, unless it clearly appears that the trial court erred.

There was no error in the admission or exclusion of evidence.

Judgment of conviction affirmed.

No opinion.

BARTLETT, WOODWARD, HIRSCHBERG, JENKS and HOOKER, JJ., concurred.